# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3085
_____

CURTIS M. GORHAM,

    Appellant,

    v.

MICHAEL ALAN JENKINS,
RICHARD WOOTEN, TATIANA
ECHEVERRY, Insurance(s), DR.
GARY H. LAVINE, DR. EMILY D.
BILLINGSLEY, KENDREA VIRGIL,
RN., LLOYD G. LOGUE, DONNA
BAIRD, JOSEPH R. IMPICCICHE
(CEO),JUNCO EMERGENCY
PHYSICIANS, BAY COUNTY
HEALTH SYSTEM LLC, THE
STATE OF FLORIDA, PAYPAL,
INC., USAA FSB, and other
unknown people such as the
orderly and radiology assistant,
(Medical Expert) DR. DANIEL
COUSIN, Others,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

February 18, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Curtis M. Gorham, pro se, Appellant.

No appearance, for Appellees.